# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Stephen Wiatrak and Kelvin Henderson,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Worldwide Dedicated Services, Inc.; United Parcel Service, Inc.; and UPS Supply Chain Solutions, Inc.,<br><br>　　　　　Defendants. | Civil No. 05-2121 (RHK/JSM)<br><br>**ORDER FOR DISMISSAL OF PLAINTIFFS' SECOND AMENDED COMPLAINT WITHOUT PREJUDICE** |

---

　　　The court having been advised by counsel of their Stipulation to Dismiss Plaintiffs' Second Amended Complaint,

　　　**IT IS HEREBY ORDERED** that Plaintiffs' Second Amended Complaint is hereby **DISMISSED WITHOUT PREJUDICE** and without any award of costs, disbursements, or attorney's fees to any of the parties.

Dated:  July 24, 2006

　　　　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge