UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Steven Wiatrak, Kelvin Henderson,    Civil No. 05-2121 (RHK/JSM)

        Plaintiffs,    **ORDER**

  v.

United Parcel Service, Inc., UPS Supply Chain
Solutions, Inc., Worldwide Dedicated Services,
Inc., International Management Services Company
(IMSCO), TFE Logistics Group, Inc., a/k/a The
TFE Group, Inc.,

        Defendants.

_____

    Plaintiffs' Motion to Vacate (Doc. No. 35) is **REFERRED** to Magistrate Judge

Janie S. Mayeron for a recommended disposition.

Dated: September 21, 2006

                                  s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge