UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

STEVEN WIATRAK and                                    Civil No. 05-2121 (RHK/JSM)
KELVIN HENDERSON,
                                                                              **ORDER**
            Plaintiffs,

v.

UNITED PARCEL SERVICE, INC.,
UPS SUPPLY CHAIN SOLUTIONS, INC.,
WORLDWIDE DEDICATED SERVICES, INC.,
INTERNATIONAL MANAGEMENT SERVICES
COMPANY (IMSCO), and TFE LOGISTICS
GROUP, INC., a/k/a The TFE Group, Inc.,

            Defendants.
_____

     The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge Janie S. Mayeron dated

September 22, 2006.  No objections have been filed to that Report and Recommendation

in the time period permitted.

   Based upon the Report and Recommendation of the Magistrate Judge, and all of the

files, records and proceedings herein, **IT IS HEREBY ORDERED**:

   1. The Report and Recommendation (Doc. No. 41) is **ADOPTED**;

   2. Plaintiffs' Motion to Vacate (Doc. No. 35) requesting the Court to vacate the

Court's July 24, 2006, Order for dismissal is **GRANTED** and this case is reopened;

3.  Plaintiffs' claims against Worldwide Dedicated Services, Inc., United Parcel Service, Inc., and UPS Supply Chain Solutions, Inc. as pled in plaintiff's Amended Complaint are reinstated; and

4.  The December 8, 2005 Pretrial Scheduling Order (Doc. No. 11) shall remain in effect unless the parties show good cause to amend it.

Dated: October 17, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge