# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Steven Wiatrak, Kelvin Henderson, | Civil No. 05-2121 (RHK/JSM) |
| Plaintiffs, | |
| vs. | **ORDER** |
| United Parcel Service, Inc., UPS Supply Chain Solutions, Inc., Worldwide Dedicated Services, Inc., International Management Services Company (IMSCO), TFE Logistics Group, Inc., a/k/a The TFE Group, Inc., | |
| Defendants. | |

---

Pursuant to the Stipulation of the parties filed with this Court, the above-entitled matter is hereby **DISMISSED WITH PREJUDICE** and without costs to any of the parties.

Dated: January 17, 2007

                                                                                          s/Richard H. Kyle
                                                                                          RICHARD H. KYLE
                                                                                          United States District Judge